**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1956**

In Re:  HARVEY P. SHORT,

                    Petitioner.

On Petition for Writ of Mandamus.
(2:10-cv-00028-REM-JES; 5:10-cv-00047-FPS-JES)

Submitted:  October 29, 2010          Decided:  November 8, 2010

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Harvey P. Short, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harvey P. Short petitions for a writ of mandamus, alleging the district court has unduly delayed acting on two 42 U.S.C. § 1983 (2006) complaints. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED